

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISPIN AVALOS-VILLASENOR,<br>Defendant. | CASE NO.: 16CR2189-GPC<br>Hon. Gonzalo P. Curiel<br>Courtroom 2D<br><br>**ORDER TO CONTINUE MOTION HEARING DATE** |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, IT IS HEREBY ORDERED, that defendant CRISPIN AVALOS-VILLASENOR, motion hearing date be continued from April 28, 2017 at 10:30 a.m., to May 12, 2017 at 10:30 a.m. The Court finds excludable time from April 28th, 2017 to May 26, 2017 under 18 USC § 3161(h)(7)(A).

SO ORDERED.

Dated: 04/14/17

HONORABLE GONZALO P. CURIEL
United States District Judge